FILED

2007 NOV -7 PM 2:38

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ______ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. '07 CR 3022 BEN |
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| MIGUEL ESCOBEDO-GONZALEZ, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about July 11, 2007, within the Southern District of California, defendant MIGUEL ESCOBEDO-GONZALEZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed

//

ABC:nlv:San Diego
11/6/07

an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant MIGUEL ESCOBEDO-GONZALEZ was removed from the United States subsequent to June 11, 1999.

DATED: November 7, 2007.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
AARON B. CLARK
Assistant U.S. Attorney