FILED

2007 NOV -7 PM 2:37

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ________ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. '07 CR 3022 BEN |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| MIGUEL ESCOBEDO-GONZALEZ, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Miguel Escobedo-Gonzalez, Criminal Case No. 07CR2152-BEN.

DATED: November 7, 2007.

KAREN P. HEWITT
United States Attorney

AARON B. CLARK
Assistant U.S. Attorney