**ERICK L. GUZMAN**
California Bar No. 244391
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
Telephone: (619) 234-8467
Erick_Guzman@fd.org

Attorneys for Mr. Escobedo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**MIGUEL ESCOBEDO-GONZALEZ,**<br><br>Defendant. | Case No. 07CR3022-BEN<br><br>DATE: December 10, 2007<br>TIME: 9:00 A.M.<br><br>NOTICE OF MOTION AND MOTION TO:<br><br>1) COMPEL DISCOVERY; |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
CHRISTOPHER OTT, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that, on December 10, 2007 at 2:00 p.m., or as soon thereafter as counsel may be heard, defendant, Miguel Escobedo, by and through his attorneys, Erick L. Guzman, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motion.

## MOTION

Defendant, Miguel Escobedo, by and through his attorneys, Erick L. Guzman, and Federal Defenders of San Diego, Inc., asks this Court, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules, for an order to:

(1) Compel Discovery.

This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of this motion.

Respectfully submitted,

DATED: November 27, 2007

/s/ ERICK L. GUZMAN
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Escobedo-Gonzalez
Erick_Guzman@fd.org