KAREN P. HEWITT
United States Attorney
CHRISTOPHER A. OTT
Assistant U.S. Attorney
California State Bar No. 235659
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6563

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ESCOBEDO-GONZALEZ,<br><br>Defendant. | ) | Crim. Case No. 07CR3022-BEN<br><br>APPLICATION FOR ORDER SHORTENING TIME |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and CHRISTOPHER A. OTT, Assistant United States Attorney, and hereby moves this court for an order shortening time in which the Government may file its Response and Opposition to Defendant's Motion.

//

//

//

//

//

//

//

//

Defendant filed his motion late. Furthermore, the collapse of undersigned's computer on November 30, 2007, which continued until December 4, 2007, made timely filing very difficult.

Dated: December 6, 2007

Respectfully submitted,

CHRISTOPHER A. OTT
United States Attorney

/s Christopher A. Ott
CHRISTOPHER A. OTT
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>MIGUEL ESCOBEDO-GONZALEZ,<br>Defendant. | ) | Criminal Case No. 07CR3022-BEN<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Andrew Schopler, am a citizen of the United States over the age of 18 years and a resident of Riverside County, California; my business address is 880 Front Street, Room 6293 San Diego, California 92101-8800; I am not a party to the above-entitled action, I electronically filed the

THE GOVERNMENT'S MOTION TO SHORTEN TIME

to: **Erik Guzman, Esq.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2007.

/s Christopher A. Ott

CHRISTOPHER A. OTT