UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Case No. 07cr3022-BEN |
| v. | |
| MIGUEL ESCOBEDO-GONZALEZ, Defendant. | CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Joint Motion to Continue Motion Hearing/Trial Setting has been electronically served this day upon:

Aaron Clark
U.S. Attorney's Office
880 Front Street
San Diego, CA 92101

Dated: March 4, 2008

*/s/ Erick L. Guzman*

ERICK L. GUZMAN
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
erick_guzman@fd.org