**ERICK L. GUZMAN**
California State Bar No. 244391
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: erick_guzman@fd.org

Attorneys for Miguel Escobedo-Gonzalez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MIGUEL ESCOBEDO-GONZALEZ,<br>Defendant. | Case No. 07CR3022-BEN<br><br>**JOINT MOTION TO CONTINUE HEARING** |

Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Erick L. Guzman and Federal Defenders of San Diego, Inc., counsel for Miguel Escobedo-Gonzalez, along with Assistant United States Attorney Aaron B. Clark, that the hearing currently scheduled for April 1, 2008 be rescheduled to **April 28, 2008, at 2:00 p.m.**

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: March 28, 2008

/s/ Erick L. Guzman
**ERICK L. GUZMAN**
Federal Defenders of San Diego, Inc.
Attorneys for Miguel Escobedo-Gonzalez

DATED: March 28, 2008

/s/ Aaron B. Clark
**AARON B. CLARK**
Assistant United States Attorney