**ERICK L. GUZMAN**
California State Bar No. 244391
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: erick_guzman@fd.org

Attorneys for Miguel Escobedo-Gonzalez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MIGUEL ESCOBEDO-GONZALEZ,<br>Defendant. | Case No. 07CR3022-BEN<br><br>**CERTIFICATE OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Aaron B. Clark
aaron.clark@usdoj.gov,Diana.Ortiz@usdoj.gov,efile.dkt.gc1@usdoj.gov

Respectfully submitted,

DATED: March 28, 2008

/s/ Erick L. Guzman
**ERICK L. GUZMAN**
Federal Defenders of San Diego, Inc.
Attorneys for Miguel Escobedo-Gonzalez